Nathan G. Steele, OSB#004386
Email: ngs@steelefirm.com
Kari E. Hathorn, OSB#081410
Email: kari@steelefirm.com
The Steele Law Firm
125 NW Greeley Ave
Bend, Oregon 97703
Telephone: (541) 647-1812
Facsimile: (541) 647-1814
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STORMIE R.L. VAN PATTEN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE, an Independent Agency of the United States of America,<br><br>Defendant. | Case No.: 6:20-CV-01986-MC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and her counsel hereby give notice that this action is voluntarily dismissed, without prejudice,

///

**1 – NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.O. 41(a)(1)(A)(i)**

against Defendants.

DATED: December 11, 2020.

THE STEELE LAW FIRM, P.C.

By: *[signature]*

Nathan G. Steele, OSB#004386
Kari E. Hathorn, OSB#081410
Of Attorneys for Plaintiff

2 – NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.O. 41(a)(1)(A)(i)